NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROSUVASTATIN CALCIUM PATENT LITIGATION

---

**ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,**
*Plaintiffs-Appellees,*

v.

**AUROBINDO PHARMA LIMITED,**
*Defendant-Appellant,*

AND

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant,*

AND

**APOTEX CORP.,**
*Defendant-Appellant,*

AND

**COBALT PHARMACEUTICALS INC. AND COBALT LABORATORIES INC.,**
*Defendants-Appellants,*

AND

**SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendant-Appellant,*

AND

## TEVA PHARMACEUTICALS USA, INC.,
*Defendant-Appellant,*

AND

## PAR PHARMACEUTICAL, INC.,
*Defendant-Appellant,*

AND

## SANDOZ, INC.,
*Defendant.*

---

2010-1460, -1461, -1462, -1463, -1464, -1465, -1466, -1467, -1468, -1469, -1470, -1471, -1472, -1473

---

Appeals from the United States District Court for the District of Delaware in case nos. 08-MD-1949, 07-CV-0810, 07-CV-0805, 07-CV-0809, 07-CV-0811, 07-CV-0806, 08-CV-0426, and 07-CV-0808, Judge Joseph J. Farnan, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of Par Pharmaceutical, Inc.'s motion to withdraw Dutch Chung as principal counsel,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Par's principal counsel must promptly enter a new entry of appearance.

FOR THE COURT

**MAY 1 9 2011**
——————————                    /s/ Jan Horbaly
Date                                   —————————
                                       Jan Horbaly
                                       Clerk

cc:  Charles E. Lipsey, Esq.
     Robert B. Breisblatt, Esq.                **FILED**
     Jeffrey S. Ward, Esq.            **U.S. COURT OF APPEALS FOR**
     Steven A. Maddox, Esq.              **THE FEDERAL CIRCUIT**
     William A. Rakoczy, Esq.
     Dutch Chung, Esq.                    **MAY 1 9 2011**
     Nicole W. Stafford, Esq.
     James F. Hurst, Esq.                  **JAN HORBALY**
     Jeffry M. Nichols, Esq.                  **CLERK**

s21